ACCEPTED
01-14-00785-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/6/2015 9:03:51 AM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00785-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/6/2015 9:03:51 AM

CHRISTOPHER A. PRINE
Clerk

———————◆———————

## No. 1362139

In the 178th District Court
Of Harris County, Texas

———————◆———————

## OMAR IBRAHIM
*Appellant*

v.

## THE STATE OF TEXAS
*Appellee*

———————◆———————

STATE'S MOTION FOR EXTENSION
OF TIME TO FILE BRIEF

———————◆———————

To the Honorable Court of Appeals:

The State of Texas, pursuant to Texas Rules of Appellate Procedure 2 and 10.5, moves for an extension of time in which to file its appellate brief. The following facts are relevant:

1. The appellant was indicted for murder. Appellant pled not guilty, but a jury found him guilty of the charged offense. The jury assessed sentence at 99 years confinement in the Texas Department of Criminal Justice. Appellant filed timely notice of appeal.

2. Appellant filed an appellate brief on April 17, 2015.

3. The State's appellate brief is due on July 6, 2015.

4. This is the State's **<u>second</u>** request for an extension in this case.

5. The State requests this extension of time in which to file its brief, and the undersigned attorney believes that a brief can be filed by August 28, 2015. The undersigned requests a lengthier than usual extension for the reasons addressed below and in an attempt to realistically estimate a date by which she anticipates having the brief filed.

6. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

   a. At present, the Harris County District Attorney's Office employees 15 appellate prosecutors, but one is presently deployed on active military service and unable to carry a caseload, and the chief is often required to perform so many administrative tasks that he cannot carry a caseload. Accordingly, the remaining members of the appellate division are currently assigned a caseload of approximately 60 active cases showing an average of 4.6 briefs per prosecutor.

   b. The attorney to whom this case is assigned has four outstanding briefs assigned to her including this one. And she had to cease work on briefing for one week to prepare for oral argument on *Earvin v. State*, No. 14-14-00702-2-CR and 14-14-00703-CR.

   c. The undersigned was not assigned this brief until June 12, 2015, after the original deadline had passed. Moreover, the State was unaware that appellant had filed his brief on April 17, 2015, because as referenced in his first motion for extension, it did not receive a copy of appellant's brief when filed. Having received the briefing assignment so late, and having already two cases that are more senior and for which briefs must be

completed first, the State is requesting the longer than usual extension.

d. Between the time that the appellant filed his brief in this case and this State's motion for extension, the undersigned filed the following: a brief in *Darby v. State*, No. 14-14-00687-CR; a lengthy brief in *Uvukansi v. State*, No. 01-14-00527-CR; original and amended "State's Proposed Findings of Fact and Conclusions of Law" in *Penton v. State*, No. 14-14-00406-CR; a brief in *Penton*, No. 14-14-00406-CR; a brief in *Dorsey v. State*, No. 14-14-00718-CR; a brief in *Lopez v. State*, No. 14-14-00312-CR, and she prepared a bench brief on a pending trial matter in *State v. Alas*, No. 1437254, which further slowed progress on the assigned cases.

e. The undersigned was also been out of the county and unable to respond to briefs from June 5 through 11, 2015. Moreover, she will be out of the office on a scheduled absences from July 20-24, 2015, and August 3-5, 2015.

f. The workload of this prosecutor is not out of the ordinary in the appellate division of the Harris County District Attorney's Office.

g. In addition to its assignments in responding to appellate briefs, the appellate division of the Harris County District Attorney's Office also answers questions from trial prosecutors. These questions frequently occur in the middle of or immediately before trial, and therefore other work must be put aside to answer these pressing questions. Harris County has 25 Criminal District Courts and 15 County Criminal Courts at Law, and this particular prosecutor is tasked with answering questions related to Texas Code of Criminal Procedure article 39.14 regarding discovery changes, is currently on the HCDA committee offering comments on the new e-file rules changes for criminal cases, is one of two prosecutors tasked with answering any juvenile law related questions, and answers questions from five felony courts in addition to the three juvenile courts.

h. The Harris County District Attorney's Office Appellate Division is experiencing a significant workload at present. Appellate prosecutors, including the undersigned attorney, are working as quickly as possible to complete as many briefs as possible as quickly as possible while still addressing all the issues raised by appellant's as thoroughly as necessary to see that justice is done on each appeal. Accounting for varying staffing levels, the output of the division is not significantly different than it was this time last year. However, because of the high workload per prosecutor, as well as the greater length and complexity of appeals being brought in this county, it often takes longer to process all of the assigned cases, and more cases thereby require multiple extension or more lengthy extensions before the completion of each brief.

WHEREFORE, the State prays that this Court will grant the requested extension until August 28, 2015.

Respectfully submitted,

/s/ *Jessica A. Caird*

**JESSICA A. CAIRD**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
caird_jessica@dao.hctx.net
TBC No. 24000608

## CERTIFICATE OF SERVICE

I certify that I have requested that efile.txcourts.gov electronically serve a

copy of this motion to:

Marcus J. Fleming
Attorney at Law
9219 Katy Freeway, Ste. 220
Houston, TX  77024
mjfleminglawyer@sbcglobal.net

/s/ *Jessica A. Caird*
**Jessica A. Caird**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
caird_jessica@dao.hctx.net
TBC No. 24000608

Date: July 6, 2015